UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. **B-00-118-06-S1** |
| **JORGE COSTILLA-SANCHEZ** | § | |

## O R D E R

Upon consideration of Government's Request for a Certified Copy of Arrest Warrant. The Court is of the opinion that the Government's Request be and is hereby **GRANTED**.

It is ORDERED that the Clerk of the United States District Court provide a certified copy of the arrest warrant for **JORGE COSTILLA-SANCHEZ** to the United States Attorney's office for the Southern District of Texas.

Done in Brownsville, Texas, this 20th day of November, 2012.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE