UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. B-00-118-S1 |
| JORGE COSTILLA-SANCHEZ | § | |

### PRELIMINARY ORDER OF FORFEITURE

Defendant Jorge Costilla-Sanchez pleaded guilty to Count One of the Indictment charging him with conspiracy to possess with the intent to distribute more than 5 kilograms of cocaine and more than 1,000 kilograms of marihuana in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A). The United States provided notice to Defendant in the Indictment that in the event of conviction, the United States would seek to forfeit property pursuant to Title 21, United States Code, Section 853 and that a money judgment may be imposed equal to the total value of the property subject to forfeiture.

Defendant has admitted that he obtained proceeds from the conspiracy to which he has pleaded guilty, and the specific amount of proceeds obtained by Defendant from the conspiracy to which he pleaded guilty will be determined at the time of sentencing pursuant to Rule 32.2(b)(2)(C), Fed. R. Crim. P.

Pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), the Court finds that based on the record in this case, the requisite nexus has been established between a money judgment, the specific amount to be determined at sentencing, and the offense of conviction. The Court also finds that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists. Accordingly, the Court will impose a personal money judgment against the Defendant and in favor of the United States of America in an amount to be determined at the time of sentencing.

Accordingly, the Court ORDERS:

1. That Defendant Jorge Costilla-Sanchez shall pay a personal money judgment to the United States of America in an amount to be determined at the time of sentencing pursuant to Rule 32.2(b)(2)(C), Fed. R. Crim. P.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

3. That pursuant to Rule 32.2(b)(4)(A), this Preliminary Order of Forfeiture shall become final as to Defendant at sentencing, and shall be made part of the sentence and included in the judgment.

SIGNED on this the ____ day of September, 2017.

HONORABLE HILDA G. TAGLE
SENIOR UNITED STATES DISTRICT JUDGE