United States District Court
Southern District of Texas
**ENTERED**
May 16, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:00-CR-118-6 |
| | § | |
| JORGE COSTILLA-SANCHEZ | § | |

## ORDER

The Court is in receipt of Defendant's Unopposed Motion for Continuance, Dkt. No. 413. Accordingly, the Court **GRANTS** Defendant's motion, Dkt. No. 413.

The sentencing hearing is **RESET** to 2:00 p.m. on October 18, 2019.

SIGNED this 16th day of May, 2019.

_____
Hilda Tagle
Senior United States District Judge